UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA C. LINSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:19-cv-00092 |
| | ) |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

# ORDER

Before the Court in this social security appeal is Joshua C. Linson's Motion for Judgment on the Administrative Record (Doc. No. 20), requesting that the Court vacate the Social Security Administration's ("Commissioner") decision[1] denying benefits and remand this matter for further administrative proceedings. Specifically, Linson argues, among other things,[2] that because the ALJ who decided the case was unconstitutionally appointed, the matter should be remanded for a new hearing with a different and constitutionally appointed ALJ. (Doc. No. 20-1 at 9–11.) The Commissioner agrees with Linson's position, and similarly "requests that the Court enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the ALJ's decision and remanding this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g)." (Doc. No. 22 at 1.) The Commissioner further avers that "[u]pon receipt of the Court's remand order, the Appeals Council will remand the case to a different ALJ . . . [who] will offer [Linson]

---

[1] On September 17, 2019, the Appeals Council denied Linson's request for a review of the ALJ's decision (Doc. No. 1-3), making the ALJ's decision denying benefits the final decision of the Commissioner.

[2] Given the Court's disposition, there is no need to address whether the ALJ failed to explain his credibility determination with sufficient specificity. (See Doc. No. 20-1 at 7–8.)

an opportunity for a new hearing, . . . be directed to reevaluate the opinion evidence from Carol Cistola, M.D., and issue a new decision." (Id.) The Court agrees with this proposed procedure.

Accordingly, Linson's Motion for Judgment on the Administrative Record (Doc. No. 20) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the final decision is **REVERSED**, and Linson's claims are **REMANDED** to the Commissioner for further administrative proceedings consistent with this Order. See Shalala v. Schaefer, 509 U.S. 292, 296 (1993). The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE